**United States District Court**
For the Northern District of California

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BRIAN A. SMITH,** | **No. C-11-1690 TEH (PR)** |
| **Plaintiff,** | |
| **v.** | **ORDER OF TRANSFER** |
| **RANDY GROUNDS, Warden, et. al.,** | |
| **Defendant(s).** | |

Plaintiff, a prisoner presently incarcerated at the Correctional Training Facility in Soledad, California, and frequent litigant in federal court, has filed a pro se civil rights Complaint under 42 U.S.C. § 1983 alleging that prison officials at California State Prison-Solano violated his constitutional rights when he was incarcerated at that facility. Doc. #1.

A substantial part of the events or omissions giving rise to the claim(s) occurred in Solano County, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

1  Accordingly, in the interest of justice and pursuant to 28
2  U.S.C. § 1406(a) IT IS ORDERED that this action be TRANSFERRED to
3  the United States District Court for the Eastern District of
4  California.
5  The Clerk shall transfer this matter terminate all pending
6  motions as moot and close the file.

8  IT IS SO ORDERED.

10  DATED   *05/23/2011*                                    
                                        THELTON E. HENDERSON
11                                      United States District Judge

26  G:\PRO-SE\TEH\CR.11\Smith-11-1690-transfer-caed.wpd

**2**